(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _1 : 2010 C V 24085_

FILED by _____ D.C.

DEC 1 4 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

_Mario Famada, Jacob-_
_Franz; DUCK Candy Cabaverde_
_El Shaddai TRUST_ Plaintiff(s)

v.

_Lasalle Bank N.A. JP Morgan_
_Chase Bank Nat'l Ass., Shapiro e_
_Fishman, Bank of America, N.A._
_Florida Bar Assoc., Miami Dade Foreclosure_
_Clerk, Miami Dade Sheriffs Office_ Defendant(s)

## Motion for Voluntary Dismissal of Complaint
### (TITLE OF DOCUMENT)

I, _Mario Famada e Candy Cabaverde._ plaintiff or defendant, in the above styled cause,
come forth by Motion to voluntarily dismiss
complaint set forth due to amendments
and changes which will be evaluated
within the complaint. Defendants
request to withdraw complaint
without prejudice.

(Rev. 10/2002) General Document

_____

**Certificate of Service**

I _Candy Caboverde_ , certify that on this date _12/14/10·_ a true copy
of the foregoing document was mailed to: _Miami Dade Sheriff office_
name(s) and address(es)
_La Salle Bank N.A, JP. Morgan Chase Nat'l Ass._
_shapiro & Fishman, Bank of America, NA. Florida_
_Bar Assoc, Miami Dade Foreclosure Clerk,_

By:
_Candy Caboverde_                        _Candy Caboverde_
Printed or typed name of Filer              Signature of Filer

                                            _Candy Caboverde @ yahoo.co_
_____             E-mail address
Florida Bar Number
_01 305 218·7377_                           _305·248·2677_
Phone Number                                Facsimile Number
_22700 SW 172 Ct_
Street Address
_Miami Fl 33170_
City, State, Zip Code